**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:21-cv-22023-BB

ISABEL CASTRO,

    Plaintiff,

v.

THE YACHT GROUP LLC, a Florida Limited Liability Company, and GERALD BERTON, an individual,

    Defendants.
_____/

## **DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME**

Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, file this *Unopposed* Motion for Extension of Time within which to respond to Plaintiff's Complaint and in support state as follows:

    1.    On March 11, 2021, Plaintiff filed her Complaint in State Court in this matter alleging the violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA"). See, ***DE #1***.

    2.    On May 11, 2021, service was perfected in this matter.

    3.    On June 1, 2021, Defendants removed this matter to federal court. ***DE #1***.

    4.    Defense Counsel has been working diligently to gather the requisite information to respond to the Complaint; however, will need additional time to prepare Defendants' response to the Complaint.

    5.    Further, Defendants believe there is an arbitration agreement the parties entered into and is conducting a diligent search of same.

6. Due to the above referenced reasons, Defendants are asking for a brief extension to respond to the Complaint, up to and including June 29, 2021.

7. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action as this matter has just begun and no trial order has been issued.

8. Plaintiff **does not** oppose the relief requested herein.

WHEREFORE, Defendants, THE YACHT GROUP LLC and GERALD BERTON, respectfully request the entry of an Order extending the time within which they may file their response to Plaintiff's Complaint until and including June 29, 2021; and granting such other relief as is just and proper.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned certifies that on June 15, 2021, his office conferred with Plaintiff's counsel, Daniel H. Hunt, Esq, by email regarding the relief requested herein, and that the undersigned has been permitted to represent that the Plaintiff **does not** oppose the relief requested herein.

Respectfully submitted, this 15th day of June, 2021.

> ADI AMIT, P.A.
> *Attorneys for Defendants*
> 101 Centre
> 101 N.E. Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Phone: (954) 533-5922
> E-mail: Adi@DefenderOfBusiness.com
>
> By: *s/Adi Amit*
>      Adi Amit, Esquire
>      Florida Bar No. 35257

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on June 15, 2021, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ *Adi Amit*
                Adi Amit

## SERVICE LIST

*Isabel Castro v. The Yacht Group, LLC, et al.*
Case No. 1:21-cv-22023-BB

| | |
|---|---|
| Daniel H, Hunt, Esquire | Adi Amit, Esquire |
| Jason S. Remer, Esquire | ADI AMIT, P.A. |
| REMER & GEORGES-PIERRE PLLC | 101 Centre |
| 44 West Flagler Street | 101 NE Third Avenue, |
| Suite 2200 | Suite 300 |
| Miami, FL 33130 | Fort Lauderdale, Florida 33301 |
| dhunt@rgpattorneys.com | adi@defenderofbusiness.com |
| jremer@rgpattorneys.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |