UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CIV-22023-WILLIAMS

ISABEL CASTRO,

    Plaintiff,

v.

YACHTCONTROLLER, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("Report") (DE 56) on the Amended Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (DE 52). No objections were filed to the Report, which recommends the Court grant the Amended Joint Motion, approve the Parties' Settlement Agreement (DE 55-1), and dismiss this matter with prejudice. (DE 56 at 3.) Upon a careful review of the Report, the Amended Joint Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge McAliley's Report (DE 56) is **AFFIRMED AND ADOPTED**.
2. The Settlement Agreement (DE 55-1) is **APPROVED**.
3. This matter is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21st day of June, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE